# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD WALTERS, III,<br><br>　　　　Defendant. | Case No. 19-CR-4406-JLS and<br>　　　　　 18-CR-2185-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND STATUS HEARINGS |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting (19-CR-4406-JLS) and status hearing (18-CR-2185-JLS), each currently scheduled for December 4, 2020 at 1:30 p.m, are both continued to January 15, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**.

Dated:  December 2, 2020

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge